# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boom, Clair H. | US Disrict Court for the ED and WD of Kentucky | 04/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

101 Barr St.
Lexington, KY 40507

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Tranyslvania University Board of Regents |
| 2. Vice President | Henry Clay Volleyball Booster Club |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/18 | Denny Boom, Setzer Construction, Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**☑** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Republic Bank & Trust, Waller | Mortgage on Investment Property, Lexington KY | N |
| 2. | PBI Bank, TAFL Office Bld | Mortgage on Investment Property, Lexington, KY | O |
| 3. | Old National Bank, Capstone | Mortgage on Investment Property, Lexington, KY | M |
| 4. | Field & Main Bank & Trust, SP RRTAI, LLC | Mortgage on Investment Property, Jeffersonville, IN | O |
| 5. | Sterling Bank, Condo | Mortgage on Investment Property, Oakland, CA | L |
| 6. | Central Bank | Mortgage on Home, Lexington, KY | P1 |
| 7. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Bank Deposit | A | Int./Div. | K | T | | | | | |
| 2. Schwab Gov't Money Fund | A | Int./Div. | K | T | | | | | |
| 3. Vanguard Int. Term Tax Exempt Fund | A | Int./Div. | J | T | Buy | 09/17/18 | J | | |
| 4. Ishare Core US Bond Mkt | B | Int./Div. | M | T | | | | | |
| 5. Bowling Green, KY, Indpt School Bond | A | Int./Div. | K | T | Buy | 07/30/18 | K | | |
| 6. CA St. Dept. Wtr Res. Ser AE Rev | A | Int./Div. | K | T | | | | | |
| 7. CA St. Educational Facs. Auth. Rev. | A | Int./Div. | | | Sold | 05/15/18 | K | C | |
| 8. CA St. ublic Wks Brd Lease Rev | A | Int./Div. | K | T | | | | | |
| 9. CA St. Stwd Cmnty Dev. Auth | A | Int./Div. | K | T | | | | | |
| 10. CA St. Univ. Ser A Rev | A | Int./Div. | K | T | | | | | |
| 11. CA State Public Works Rev | A | Int./Div. | K | T | | | | | |
| 12. Cal St. GO 5% | B | Int./Div. | K | T | | | | | |
| 13. Campbell & Kenton Cnty KY Rev | A | Int./Div. | K | T | Buy | 05/10/18 | K | | |
| 14. Casitas Municipal Water Distr | A | Int./Div. | K | T | | | | | |
| 15. Charter Oak Ca Uni Sch. Dist | B | Int./Div. | K | T | | | | | |
| 16. El Centro CA Fing. Auth Wtr | A | Int./Div. | K | T | | | | | |
| 17. Fayette Cnty KY Scho Dist. Fin | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Garden Groove CA Public Auth | A | Int./Div. | K | T | | | | | |
| 19. Greenville KY GO | A | Int./Div. | K | T | | | | | |
| 20. Hacienda LA Puente CA Facs | A | Int./Div. | K | T | | | | | |
| 21. Hanford CA Elem Sch Dist GO | B | Int./Div. | K | T | | | | | |
| 22. Hardin Cnty KY Wtr Dist #002 | | None | K | T | Buy | 09/11/18 | K | | |
| 23. Hermosa Beach CA Sch Dist | B | Int./Div. | K | T | | | | | |
| 24. Houston TX Cmnty College Dist | B | Int./Div. | K | T | | | | | |
| 25. Imperial Cnty CA Local Trans | A | Int./Div. | | | Sold | 05/10/18 | K | A | |
| 26. Jefferson Cnty KY Sch Dist Ser | A | Int./Div. | L | T | Buy | 10/18/18 | L | | |
| 27. KY Infrastructure Auth R. | A | Int./Div. | K | T | Buy | 07/10/18 | J | | |
| 28. KY St. Turnpike Auth Dev Road | A | Int./Div. | L | T | Buy | 05/10/18 | L | | |
| 29. LexingtonFayette Urban Cnty | A | Int./Div. | L | T | Buy | 07/31/18 | L | | |
| 30. Lincoln CA Uni Sch Dist San | B | Int./Div. | K | T | | | | | |
| 31. Los Angeles CA Cmnty Clg Dist | A | Int./Div. | K | T | Buy | 03/06/18 | K | | |
| 32. Los Angeles CA Uni Sch Dist | A | Int./Div. | K | T | Buy | 04/09/18 | K | | |
| 33. Louisville & Jefferson Cnty KY Met Swr Dist Rev | A | Int./Div. | K | T | Buy | 05/15/18 | K | | |
| 34. Louisville & Jefferson Cnty KY Rev | A | Int./Div. | K | T | Buy | 07/27/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 44

**Name of Person Reporting**

Boom, Clair H.

**Date of Report**

04/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Louisville & Jefferson Cnty KY Swr & Drain Rev | | None | K | T | Buy | 10/18/18 | K | | |
| 36. Louisville & Jefferson Cnty GO | A | Int./Div. | K | T | Buy | 10/24/18 | K | | |
| 37. Marshall Cnty KY Sch Dist Fin | | None | K | T | Buy | 07/17/18 | K | | |
| 38. Morehead St. Univ KY Gen Rcpts | A | Int./Div. | K | T | Buy | 07/10/18 | K | | |
| 39. Moreland CA Sch Distr Ref GO | A | Int./Div. | K | T | | | | | |
| 40. Murray KY St. Univ Gen Recpts | A | Int./Div. | K | T | Buy | 05/15/18 | K | | |
| 41. Northern KY Univ. Revs | A | Int./Div. | K | T | Buy | 06/07/18 | K | | |
| 42. Oxnard CA Union High Sch Dist | B | Int./Div. | | | Sold | 10/11/18 | K | A | |
| 43. Paducah KY GO | | None | K | T | Buy | 07/17/18 | K | | |
| 44. Russell Cnty Public Library Dist | A | Int./Div. | K | T | Buy | 05/10/18 | K | | |
| 45. San Diego CA Uni Sch Dist | A | Int./Div. | K | T | | | | | |
| 46. San Francisco CA Cty & Cnty | A | Int./Div. | K | T | | | | | |
| 47. Santa Clarita CA Cmnty Clg GO | A | Int./Div. | K | T | | | | | |
| 48. Santa Cruz City CA High Sch | A | Int./Div. | K | T | | | | | |
| 49. Scott Cnty KY Sch Dist Fin Corp | A | Int./Div. | K | T | Buy | 10/26/18 | K | | |
| 50. Southwestern CA Cmnty Clg | A | Int./Div. | K | T | | | | | |
| 51. Stockton CA Unif Sch Dist GO | B | Int./Div. | | | Sold | 10/18/18 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sunnyvale CA Wst Wtr Rev | A | Int./Div. | K | T | | | | | |
| 53. Taft CA City Sch Dist Go | A | Int./Div. | K | T | | | | | |
| 54. Univ of KY Gen Recpts Rev | | None | K | T | Buy | 10/19/18 | K | | |
| 55. Victor Valley Ca Cmnty College | B | Int./Div. | | | Sold | 10/24/18 | K | A | |
| 56. W Contra Cost CA Sch Dist GO | B | Int./Div. | K | T | | | | | |
| 57. Warren Cnty KY GO | A | Int./Div. | K | T | Buy | 09/11/18 | K | | |
| 58. Wayne Cnty KY Sch Dist Fin Cor | | None | K | T | Buy | 07/26/18 | K | | |
| 59. Winchester KY Util Sys Rev | A | Int./Div. | L | T | Buy | 07/10/18 | L | | |
| 60. AT&T | B | Int./Div. | L | T | Buy | 05/23/18 | J | | |
| 61. AT&T | | None | | | Buy | 07/03/18 | J | | |
| 62. AT&T | | None | | | Buy | 07/06/18 | J | | |
| 63. AT&T | | None | | | Buy | 09/10/18 | J | | |
| 64. AT&T | | None | | | Buy | 09/10/18 | J | | |
| 65. AT&T | | None | | | Buy | 11/30/18 | J | | |
| 66. AT&T | | None | | | Buy | 11/30/18 | J | | |
| 67. AT&T | | None | | | Buy | 12/10/18 | K | | |
| 68. AbbVie Inc | B | Int./Div. | L | T | Buy | 07/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AbbVie Inc | | None | | | Buy | 09/10/18 | J | | |
| 70. AbbVie Inc | | None | | | Buy | 10/30/18 | J | | |
| 71. Aetna | A | Int./Div. | | | Sold | 07/24/18 | J | A | |
| 72. Agrium | A | Int./Div. | J | T | | | | | |
| 73. Allstate | A | Int./Div. | | | Sold | 12/12/18 | J | A | |
| 74. AmerisourceBergen | A | Int./Div. | | | Sold | 11/07/18 | J | | |
| 75. Amgen | A | Int./Div. | | | Sold | 06/27/18 | J | B | |
| 76. Analog Devices | A | Int./Div. | | | Sold | 10/25/18 | J | B | |
| 77. Apple | B | Int./Div. | | | Sold | 11/23/18 | K | C | |
| 78. BB&T | A | Int./Div. | K | T | | | | | |
| 79. Bank of New York | A | Int./Div. | | | Sold | 09/10/18 | J | A | |
| 80. Bank of New York | | None | | | Sold | 12/10/18 | J | A | |
| 81. Becton Dickinson & Co | A | Int./Div. | | | Sold | 10/19/18 | J | A | |
| 82. Becton Dickinson & Co | | None | | | Sold | 11/05/18 | J | B | |
| 83. Adobe Systems | | None | | | Sold | 05/07/18 | J | B | |
| 84. Adobe Systems | | None | | | Sold | 08/28/18 | J | C | |
| 85. Ameren | | None | | | Sold | 05/24/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alphabet Inc Class C | | None | K | T | | | | | |
| 87. Altria Group | B | Dividend | K | T | | | | | |
| 88. Amazon.com | | None | J | T | Buy | 10/01/18 | J | | |
| 89. Amazon.com | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 90. Amazon.com | | None | J | T | Buy | 12/10/18 | J | | |
| 91. Ameriprise Financial | A | Dividend | K | T | | | | | |
| 92. Avery Dennison Corp | A | Dividend | K | T | | | | | |
| 93. BAE Systems PLC | A | Dividend | | | Sold | 12/27/18 | J | A | |
| 94. Bank of Nova Scotia | A | Dividend | J | T | Sold (part) | 05/23/18 | J | A | |
| 95. BCE | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 96. Berkshire Hathaway CL B | | None | K | T | | | | | |
| 97. BHP Billiton Ltd | A | Dividend | J | T | | | | | |
| 98. Biogen Idec | | None | | | Buy | 07/06/18 | J | | |
| 99. Biogen Idec | | None | | | Sold | 07/17/18 | J | A | |
| 100. Biogen Idec | | None | | | Sold | 07/17/18 | J | B | |
| 101. Biogen Idec | | None | | | Sold | 10/03/18 | J | A | |
| 102. Biogen Idec | | None | | | Sold | 10/03/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Biogen Idec | | None | | | Sold | 10/03/18 | K | C | |
| 104. BlackRock | A | Dividend | K | T | | | | | |
| 105. Boeing | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 106. Boeing | A | Dividend | J | T | | | | | |
| 107. Boeing | A | Dividend | K | T | | | | | |
| 108. BP PLC | A | Distribution | J | T | Buy | 11/01/18 | J | | |
| 109. Brighhous Financial | | None | J | T | | | | | |
| 110. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 111. British American Tobacco | A | Dividend | | | Buy | 03/07/18 | J | | |
| 112. British American Tobacco | | None | | | Sold | 10/12/18 | J | A | |
| 113. CACI International | | None | J | T | Buy | 07/06/18 | J | | |
| 114. CACI International | A | Dividend | J | T | | | | | |
| 115. Cadence Design Systems | | None | | | Sold | 05/25/18 | J | B | |
| 116. Cardinal Health | B | Dividend | K | T | | | | | |
| 117. CBS Corporation | | None | J | T | Buy | 09/20/18 | J | | |
| 118. CBS Corporation | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 119. CBS Corporation | | None | J | T | Buy | 09/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. CBS Corporation | | None | | | Buy | 11/30/18 | J | | |
| 121. CBS Corporation | | None | | | Buy (add'l) | 11/30/18 | J | | |
| 122. Centennial Resource Development Inc | | None | | | Buy | 07/06/18 | J | | |
| 123. Centennial Resource Development Inc | | None | | | Sold | 08/03/18 | J | A | |
| 124. Centennial Resource Development Inc | | None | | | Sold | 08/03/18 | J | A | |
| 125. Centennial Resource Development Inc | | None | | | Sold | 08/03/18 | J | B | |
| 126. Centennial Resource Development Inc | | None | | | Sold | 08/03/18 | J | A | |
| 127. Centennial Resource Development Inc | | None | | | Sold | 12/21/18 | J | A | |
| 128. Centennial Resource Development Inc | | None | | | Sold | 12/21/18 | J | A | |
| 129. Centennial Resource Development Inc | | None | | | Sold | 12/21/18 | J | A | |
| 130. Centennial Resource Development Inc | | None | | | Sold | 12/31/18 | J | A | |
| 131. Centennial Resource Development Inc | | None | | | Sold | 12/31/18 | J | A | |
| 132. Centerpoint Energy | A | Dividend | | | Sold | 05/03/18 | J | C | |
| 133. Centerpoint Energy | | None | | | Sold | 05/03/18 | J | B | |
| 134. Centerpoint Energy | | None | | | Sold | 05/03/18 | J | A | |
| 135. Central Valley Community Banco | | None | K | T | | | | | |
| 136. Charles Schwab Bank Deposit Ac | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Charles Schwab Bank Deposit Account | A | Int./Div. | J | T | | | | | |
| 138. Charles Schwab Bank Deposit Account | A | Int./Div. | J | T | | | | | |
| 139. Charles Schwab Bank Deposit Account | A | Int./Div. | J | T | | | | | |
| 140. Charles Schwab Bank Deposit Account | A | Int./Div. | K | T | | | | | |
| 141. Checkpoint Software | | None | J | T | | | | | |
| 142. Chevron Corp | A | Dividend | | | Sold | 04/04/18 | J | A | |
| 143. Chevron Corp | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 144. Chevron Corp | B | Dividend | K | T | | | | | |
| 145. Chevron Corp | B | Dividend | L | T | | | | | |
| 146. Chubb Corp | A | Dividend | J | T | | | | | |
| 147. Cisco Systems | A | Dividend | K | T | Buy | 02/07/18 | J | | |
| 148. Cisco Systems | A | Dividend | K | T | Buy (add'l) | 07/06/18 | K | | |
| 149. Cisco Systems | | None | | | Buy (add'l) | 10/25/18 | J | | |
| 150. Cisco Systems | | None | | | Buy (add'l) | 10/25/18 | J | | |
| 151. Clsco Systems | B | Dividend | K | T | | | | | |
| 152. Cisco Systems | A | Dividend | L | T | | | | | |
| 153. Citigroup | A | Dividend | J | T | Buy | 07/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Citigroup | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 155. Citigroup | A | Dividend | K | T | | | | | |
| 156. CMS Energy | A | Dividend | K | T | | | | | |
| 157. Columbia Banking | B | Dividend | L | T | | | | | |
| 158. Comcast CL A | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |
| 159. Comcast CL A | | None | | | Sold (part) | 06/11/18 | J | A | |
| 160. Comcast Cl A | | None | | | Sold (part) | 06/11/18 | J | A | |
| 161. Consumer Discretional Selt | | None | | | Buy | 10/30/18 | K | | |
| 162. Consumer Discretional Selt | | None | | | Sold | 12/03/18 | K | A | |
| 163. Consumer Staples SPDR | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 164. Consumer Staples SPDR | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 165. CVS Health | A | Dividend | | | Buy | 01/09/18 | J | | |
| 166. CVS Health | | None | | | Sold | 05/09/18 | J | A | |
| 167. Danone ADR | | None | J | T | Buy | 10/30/18 | J | | |
| 168. Danske Bank A/S ADR | A | Dividend | | | Sold | 08/16/18 | J | A | |
| 169. Devon Energy | A | Dividend | | | Sold | 04/04/18 | J | A | |
| 170. Devon Energy | A | Distribution | | | Sold | 04/05/18 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Diageo | A | Dividend | J | T | | | | | |
| 172. Discover Financial Services | A | Dividend | | | Sold | 04/26/18 | J | C | |
| 173. Discover Financial Services | | None | | | Sold | 04/26/18 | J | A | |
| 174. Discover Financial Services | A | Dividend | | | Sold | 12/10/18 | K | C | |
| 175. Discover Financial Services | | None | | | Sold | 12/10/18 | J | C | |
| 176. DowDuPont Inc | A | Dividend | K | T | | | | | |
| 177. East West Bancorp Inc | A | Dividend | | | Buy | 07/06/18 | J | | |
| 178. East West Bancorp Inc | | None | | | Sold | 08/06/18 | J | A | |
| 179. East West Bancorp | A | Dividend | | | Sold | 08/06/18 | J | B | |
| 180. East West Bancorp Inc | | None | | | Sold | 08/06/18 | J | A | |
| 181. East West Bancorp Inc | | None | | | Sold | 08/07/18 | J | A | |
| 182. East West Bancorp | | None | | | Sold | 08/07/18 | J | C | |
| 183. Eaton Corp PLC | A | Dividend | K | T | | | | | |
| 184. Edison International | A | Dividend | J | T | Buy | 01/11/18 | K | | |
| 185. Edison International | | None | | | Buy (add'l) | 05/03/18 | J | | |
| 186. Edison International | | None | | | Buy (add'l) | 07/06/18 | J | | |
| 187. Edison International | | None | | | Sold (part) | 11/14/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Edison International | | None | | | Sold (part) | 11/14/18 | J | A | |
| 189. Edison International | | None | | | Sold (part) | 11/15/18 | J | A | |
| 190. Edison International | | None | | | Sold (part) | 11/15/18 | J | A | |
| 191. Edison International | | None | | | Sold (part) | 11/15/18 | J | A | |
| 192. Electronic Arts | | None | J | T | Buy | 12/24/18 | J | | |
| 193. Electronic Arts | A | Dividend | J | T | Buy (add'l) | 12/24/18 | J | | |
| 194. Electronic Arts | | None | J | T | Buy (add'l) | 12/31/18 | J | | |
| 195. Eli Lilly | C | Dividend | J | T | Buy (add'l) | 01/19/18 | J | | |
| 196. Eli Lilly | | None | | | Buy (add'l) | 05/15/18 | K | | |
| 197. Eli Lilly | | None | | | Buy (add'l) | 07/06/18 | J | | |
| 198. Eli Lilly | | None | | | Buy (add'l) | 07/24/18 | J | | |
| 199. Eli Lilly | | None | | | Buy (add'l) | 07/24/18 | J | | |
| 200. Eli Lilly | | None | | | Sold (part) | 10/11/18 | J | A | |
| 201. Eli Lilly | | None | | | Sold (part) | 10/11/18 | J | A | |
| 202. Emerson Electric | A | Dividend | J | T | Buy | 02/14/18 | J | | |
| 203. Emerson Electric | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 204. Emerson Electric | | None | | | Buy (add'l) | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 16 of 44

Name of Person Reporting

Boom, Clair H.

Date of Report

04/19/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Emerson Electric | | None | | | Buy (add'l) | 09/19/18 | J | | |
| 206. Energy Select Sector SPDR | | None | | | Sold | 11/19/18 | K | A | |
| 207. Entergy | A | Dividend | K | T | Buy | 05/03/18 | K | | |
| 208. Entergy | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 209. Entergy | A | Dividend | J | T | | | | | |
| 210. Entergy | A | Dividend | K | T | | | | | |
| 211. Exelon Corp | | None | J | T | Buy | 11/14/18 | J | | |
| 212. Exelon Corp | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 213. Exelon Corp | | None | J | T | Buy | 11/15/18 | J | | |
| 214. Exelon Corp | | None | K | T | Buy | 11/15/18 | K | | |
| 215. Extra Space Storage | A | Dividend | | | Buy | 07/06/18 | J | | |
| 216. Extra Space Storage | | None | | | Sold | 09/26/18 | J | A | |
| 217. Facebook | A | Dividend | J | T | Buy (add'l) | 07/06/18 | J | | |
| 218. Facebook | | None | | | Sold (part) | 08/01/18 | J | A | |
| 219. Facebook | | None | | | Sold (part) | 08/01/18 | J | B | |
| 220. FedEx Corp | A | Dividend | L | T | | | | | |
| 221. Fifth Third Bancorp | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Fortis Inc | | None | J | T | Buy | 11/20/18 | J | | |
| 223. Fresenius Medical ADR | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 224. Gaming & Leisure Pptys | A | Dividend | J | T | Buy | 09/26/18 | J | | |
| 225. Gaming & Leasure Pptys | A | Dividend | J | T | Buy | 09/26/18 | J | | |
| 226. Garrett Motion Inc | | None | | | Sold | 10/01/18 | J | | |
| 227. Garrett Motion Inc | | None | | | Sold | 10/30/18 | J | A | |
| 228. Garrett Motion Inc | | None | | | Sold | 10/30/18 | J | A | |
| 229. Garrett Motion Inc | | None | | | Sold | 10/30/18 | J | A | |
| 230. Garrett Motion Inc | | None | | | Sold | 10/30/18 | J | A | |
| 231. Garrett Motion | | None | | | Sold | 10/30/18 | J | A | |
| 232. Garrett Motion Inc | | None | | | Sold | 10/30/18 | J | A | |
| 233. General Dynamics | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 234. General Dynamics | A | Dividend | J | T | | | | | |
| 235. General Dynamics | A | Dividend | J | T | | | | | |
| 236. Gilead Sciences | B | Dividend | J | T | Buy | 06/27/18 | J | | |
| 237. Gilead Sciences | | None | | | Buy (add'l) | 07/06/18 | J | | |
| 238. Gilead Sciences | | None | | | Buy (add'l) | 09/18/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Gilead Sciences | | None | | | Buy (add'l) | 10/03/18 | J | | |
| 240. Gilead Sciences | | None | | | Buy (add'l) | 10/03/18 | J | | |
| 241. Gilead Sciences | A | Dividend | | | Buy (add'l) | 10/03/18 | K | | |
| 242. Gilead Sciences | | None | | | Sold (part) | 12/27/18 | J | A | |
| 243. Gilead Sciences | | None | | | Sold (part) | 12/27/18 | K | A | |
| 244. GlaxoSmithKline plc ADR | | None | | | Buy | 10/12/18 | J | | |
| 245. GlaxoSmithKline plc ADR | | None | J | T | | | | | |
| 246. Goldman Sachs Group | A | Dividend | | | Buy | 02/09/18 | J | | |
| 247. Goldman Sachs Group | A | Dividend | | | Buy | 07/06/18 | J | | |
| 248. Goldman Sachs Group | | None | | | Sold | 09/10/18 | J | A | |
| 249. Goldman Sachs Group | | None | | | Sold | 09/10/18 | J | A | |
| 250. Goldman Sachs Group | | None | | | Sold | 11/13/18 | J | A | |
| 251. Goldman Sachs Group | | None | | | Sold | 11/13/18 | J | A | |
| 252. Goldman Sachs Group | | None | | | Sold | 11/13/18 | J | A | |
| 253. Halliburton Company | A | Dividend | | | Buy | 04/04/18 | J | | |
| 254. Halliburton Company | A | Dividend | | | Buy | 04/05/18 | J | | |
| 255. Halliburton Company | A | Dividend | | | Buy | 07/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Halliburton Company | | None | | | Sold | 10/31/18 | J | A | |
| 257. Halliburton Company | | None | | | Buy | 12/03/18 | J | | |
| 258. Halliburton Company | | None | | | Sold | 12/21/18 | J | A | |
| 259. Halliburton Company | | None | | | Sold | 12/21/18 | J | A | |
| 260. Halliburton Company | | None | | | Sold | 12/31/18 | J | A | |
| 261. Harding Loevner Emerging Markets Advisor | A | Dividend | J | T | Buy | 06/20/18 | J | | |
| 262. Harding Loevner Emerging Markets Advisor | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 263. Harding Loevner Emerging Markets Advisor | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 264. Harding Loevner Emerging Markets Advisor | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 265. Harding Loevner Inst Emerging | | None | K | T | | | | | |
| 266. Harding Loevner Inst Emerging | A | Dividend | K | T | Buy | 07/06/18 | K | | |
| 267. Harding Loevner Inst Emerging | A | Dividend | K | T | Buy (add'l) | 07/11/18 | J | | |
| 268. Harding Loevner Inst Emerging | A | Dividend | K | T | | | | | |
| 269. Hasbro | | None | | | Sold | 01/10/18 | J | A | |
| 270. Hasbro | | None | | | Sold | 01/17/18 | J | A | |
| 271. Home Depot | A | Dividend | J | T | Buy | 07/16/18 | J | | |
| 272. Home Depot | A | Dividend | J | T | Buy | 07/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Home Depot | A | Dividend | K | T | Buy | 10/30/18 | J | | |
| 274. Home Depot | A | Dividend | K | T | | | | | |
| 275. Honeywell International Inc | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 276. Honeywell International Inc | A | Dividend | K | T | Buy | 10/30/18 | J | | |
| 277. Honeywell International Inc | A | Dividend | K | T | | | | | |
| 278. Honeywell International Inc | A | Dividend | K | T | | | | | |
| 279. Hoya Corp SA | | None | J | T | Buy | 10/01/18 | J | | |
| 280. HSBC Holdings PLC ADR | | None | | | Buy | 06/07/18 | J | | |
| 281. HSBC Holdings PLC ADR | A | Dividend | | | Sold | 12/27/18 | J | A | |
| 282. HSBC Holdings PLC ADR | | None | | | Sold | 12/27/18 | J | A | |
| 283. Humana | A | Dividend | L | T | | | | | |
| 284. Huntington Bancshares | A | Dividend | K | T | | | | | |
| 285. Illinois Tool Works | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 286. Illinois Tool Works | | None | | | Buy (add'l) | 06/04/18 | J | | |
| 287. Illinois Tool Works | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 288. Ingersoll Rand | A | Dividend | | | Sold | 02/14/18 | J | B | |
| 289. Ingersoll Rand | | None | | | Sold | 03/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Ingersoll Rand | | None | | | Sold | 03/26/18 | J | A | |
| 291. Intel | A | Dividend | | | Sold | 12/10/18 | J | C | |
| 292. Intel | | None | | | Sold | 12/10/18 | J | C | |
| 293. Internationa Business Machine | | None | J | T | | | | | |
| 294. iShares Core Total U.S. Bond Mkt ETF | B | Dividend | M | T | Buy | 06/20/18 | K | | |
| 295. iShares Core Total U.S. Bond Mkt ETF | | None | | | Buy (add'l) | 07/06/18 | M | | |
| 296. iShares MSCI Canada ETF | | None | | | Sold | 01/04/18 | J | A | |
| 297. iShares MSCI EAFE Small Cap Index ETF | A | Dividend | K | T | Buy | 02/07/18 | J | | |
| 298. iShares MSCI EAFE Small Cap Index ETF | | None | | | Buy (add'l) | 07/06/18 | J | | |
| 299. iShares MSCI EAFE Small Cap Index ETF | | None | | | Sold (part) | 12/20/18 | J | B | |
| 300. iShares MSCI EMU ETF | A | Dividend | K | T | | | | | |
| 301. iShares MSCI Japan ETR | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 302. iShares MSCI Pacific ex Japan | A | Dividend | K | T | | | | | |
| 303. iShares MSCI United Kingdon Index | B | Dividend | K | T | | | | | |
| 304. iShares Nasdaq Biotech Index | | None | J | T | Buy | 12/27/18 | J | | |
| 305. iShares Nasdaq Biotech Index | | None | K | T | Buy | 12/27/18 | K | | |
| 306. iShares US Consumer Services | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. iShares US Consumer Services | | None | | | Buy | 12/27/18 | J | | |
| 308. Itau Unibanco Holding SA | A | Dividend | | | Sold | 06/07/18 | J | A | |
| 309. Johnson & Johnson | | None | | | Sold | 05/15/18 | K | B | |
| 310. Johnson & Johnson | | None | | | Sold | 07/17/18 | J | | |
| 311. Johnson & Johnson | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 312. Johnson & Johnson | | None | | | Buy (add'l) | 10/19/18 | J | | |
| 313. Johnson & Johnson | | None | | | Buy (add'l) | 10/19/18 | J | | |
| 314. Johnson & Johnson | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 315. JPMorgan Chase & Company | A | Dividend | K | T | Buy (add'l) | 02/09/18 | K | | |
| 316. JPMorgan Chase & Company | | None | | | Buy (add'l) | 04/26/18 | J | | |
| 317. JPMorgan Chase & Company | A | Dividend | K | T | Buy | 07/06/18 | J | | |
| 318. JPMorgan Chase & Company | | None | | | Buy (add'l) | 10/18/18 | J | | |
| 319. JPMorgan Chase & Company | | None | | | Buy (add'l) | 10/18/18 | J | | |
| 320. JPMorgan Chase & Company | B | Dividend | K | T | | | | | |
| 321. JPMorgan Chase & Company | A | Dividend | K | T | | | | | |
| 322. JPMorgan US Small Company Fund Inst | C | Dividend | M | T | Sold (part) | 01/31/18 | J | A | |
| 323. JPMorgan US Small Company Fund Inst | | None | | | Sold (part) | 01/31/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. JPMorgan US Small Company Fund Inst | C | Dividend | | | Sold (part) | 01/31/18 | J | A | |
| 325. JPMorgan US Small Company Fund Inst | C | Dividend | | | Buy (add'l) | 02/07/18 | J | | |
| 326. JPMorgan US Small Company Fund Inst | B | Dividend | | | Buy (add'l) | 07/06/18 | K | | |
| 327. JPMorgan US Small Company Fund Inst | | None | | | Buy (add'l) | 10/09/18 | K | | |
| 328. JPMorgan US Small Company Fund Inst | D | Dividend | | | Sold (part) | 12/10/18 | J | | |
| 329. JPMorgan US Small Company Fund Inst | | None | | | Sold (part) | 12/20/18 | J | | |
| 330. JPMorgan US Small Company Fund Inst | | None | | | Buy (add'l) | 12/21/18 | J | | |
| 331. JPMorgan US Small Company Fund Inst | | None | | | Buy | 12/21/18 | J | | |
| 332. Keycorp | A | Dividend | J | T | Buy | 08/06/18 | J | | |
| 333. Keycorp | A | Dividend | J | T | Buy | 08/06/18 | J | | |
| 334. Keycorp | | None | | | Buy (add'l) | 08/07/18 | J | | |
| 335. Keycorp | | None | | | Buy (add'l) | 08/07/18 | J | | |
| 336. Kimberly Clark | A | Dividend | K | T | | | | | |
| 337. KT Corp SP ADR | A | Dividend | | | Sold | 01/29/18 | J | A | |
| 338. KT Corp SP ADR | | None | | | Sold | 01/29/18 | J | A | |
| 339. Las Vegas Sands | A | Dividend | | | Buy | 01/29/18 | J | | |
| 340. Las Vegas Sands | A | Dividend | | | Buy | 07/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Las Vegas Sands | | None | | | Sold | 10/01/18 | J | A | |
| 342. Las Vegas Sands | | None | | | Sold | 10/01/18 | J | A | |
| 343. LyondellBasell Industries NV | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 344. LyondellBasell Industries NV | A | Dividend | J | T | | | | | |
| 345. LyondellBasell Industries NV | A | Dividend | K | T | | | | | |
| 346. Marathon petroleum | A | Dividend | K | T | | | | | |
| 347. Marriott International CL A | A | Dividend | J | T | Buy | 07/20/18 | J | | |
| 348. Marriott International CL A | A | Dividend | J | T | Buy (add'l) | 07/20/18 | J | | |
| 349. Marriott International CL A | A | Dividend | J | T | Buy | 07/20/18 | J | | |
| 350. Marriott International CL A | | None | | | Buy (add'l) | 09/12/18 | J | | |
| 351. Marriott International CL A | | None | J | | Buy | 09/12/18 | K | | |
| 352. Marriott International CL A | | None | | | Sold | 10/30/18 | J | A | |
| 353. Marriott International CL A | | None | | | Sold | 10/30/18 | J | A | |
| 354. Marriott International CL A | | None | J | | Buy | 12/03/18 | K | | |
| 355. MASCO | A | Dividend | | | Buy | 07/06/18 | J | | |
| 356. MASCO | | None | | | Sold | 10/09/18 | J | A | |
| 357. MASCO | A | Dividend | | | Sold | 10/09/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Mastercard Cl A | A | Dividend | K | T | | | | | |
| 359. Matthews Pacific Tiger Fudn Inst Class | A | Dividend | K | T | Buy | 02/01/18 | K | | |
| 360. Matthews Pacific Tiger Fudn Inst Class | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 361. Matthews Pacific Tiger Fudn Inst Class | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 362. Matthews Pacific Tiger Fudn Inst Class | | None | | | Buy (add'l) | 07/11/18 | J | | |
| 363. Matthews Pacific Tiger Fudn Inst Class | A | Dividend | J | T | Buy (add'l) | 06/20/18 | J | | |
| 364. Matthews Pacific Tiger Fudn Inst Class | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 365. Matthews Pacific Tiger Fudn Inst Class | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 366. Matthews Pacific Tiger Fudn Inst Class | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 367. Maxim Integrated Products | A | Dividend | | | Sold | 06/07/18 | J | B | |
| 368. McCormick & Co | | None | K | T | Buy | 11/19/18 | K | | |
| 369. McDonalds | A | Dividend | J | T | | | | | |
| 370. Merck | A | Dividend | K | T | Sold (part) | 01/19/18 | J | A | |
| 371. Merck | | None | | | Sold | 01/19/18 | J | A | |
| 372. Merck | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 373. Merck | A | Dividend | K | T | | | | | |
| 374. MetLife | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. MetLife | A | Dividend | J | T | | | | | |
| 376. Microsoft | A | Dividend | K | T | Sold (part) | 02/07/18 | J | A | |
| 377. Microsoft | A | Dividend | K | T | Buy | 07/06/18 | K | | |
| 378. Microsoft | B | Dividend | L | T | | | | | |
| 379. Microsoft | A | Dividend | K | T | | | | | |
| 380. Mohawk Industries | | None | | | Buy | 07/06/18 | J | | |
| 381. Mohawk Industries | | None | | | Sold | 07/20/18 | J | A | |
| 382. Mohawk Industries | | None | | | Sold | 07/20/18 | J | A | |
| 383. Mohawk Industries | | None | | | Sold | 07/20/18 | J | A | |
| 384. Mohawk Industries | | None | | | Sold | 07/20/18 | J | A | |
| 385. Mondelez International | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 386. Mondelez International | | None | | | Buy (add'l) | 08/30/18 | J | | |
| 387. Mondelez International | A | Dividend | K | T | Buy | 08/30/18 | J | | |
| 388. Mondelez International | A | Dividend | K | T | Buy | 08/31/18 | J | | |
| 389. Mondelez International | | None | | | Buy | 12/10/18 | K | | |
| 390. Morrison Street Debt Opportunities II | | None | | | Buy | 09/20/18 | K | | |
| 391. Morrison Street Debt Opportunities II | | None | L | T | Buy | 12/31/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. MS&AD Insurance Group ADR | | None | | | Sold | 02/01/18 | J | A | |
| 393. MS&AD Insurance Group ADR | | None | | | Sold | 02/01/18 | J | A | + |
| 394. Newell Brands | A | Dividend | | | Sold | 10/19/18 | J | A | |
| 395. Newell Brands | | None | | | Sold | 10/19/18 | J | A | |
| 396. Nike | A | Dividend | K | T | | | | | |
| 397. Nippon Telegraph & Telephone ADR | A | Dividend | | | Sold | 11/20/18 | J | C | |
| 398. Novo-NordiskA/S ADR | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 399. Nutrien Ltd | A | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 400. Nutrien Ltd | | None | | | Buy | 10/10/18 | J | | |
| 401. nVent Electric PLC | | None | | | Sold | 05/03/18 | J | A | |
| 402. nVent Electric PLC | | None | | | Sold | 05/03/18 | J | A | |
| 403. NXP Semiconductors NV | A | Dividend | | | Buy | 08/03/18 | J | | |
| 404. NXP Semiconductors NV | | None | | | Buy | 09/03/18 | J | | |
| 405. NXP Semiconductors NV | | None | | | Sold | 12/27/18 | J | A | |
| 406. NXP Semiconductors NV | | None | | | Sold | 12/27/18 | J | A | |
| 407. Occidental Petroleum | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 408. Occidental Petroleum | A | Dividend | J | T | Buy | 10/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. Occidental Petroleum | A | Dividend | K | T | Buy (add'l) | 11/19/18 | J | | |
| 410. Occidental Petroleum | B | Dividend | K | T | | | | | |
| 411. Omnicom Group | A | Dividend | | | Buy | 01/29/18 | J | | |
| 412. Omnicom Group | A | Dividend | | | Buy | 06/11/18 | K | | |
| 413. Omnicom Group | | None | | | Buy | 07/06/18 | J | | |
| 414. Omnicom Group | | None | | | Sold | 09/12/18 | J | A | |
| 415. Omnicom Group | | None | | | Sold | 09/12/18 | J | A | |
| 416. Omnicom Group | | None | | | Sold | 09/12/18 | J | A | |
| 417. Omnicom Group | | None | | | Sold | 09/12/18 | K | A | |
| 418. Orix ADR | A | Dividend | | | Buy | 03/23/18 | J | | |
| 419. Orix ADR | | None | | | Sold | 08/03/18 | J | A | |
| 420. Orix ADR | | None | | | Sold | 08/03/18 | J | A | |
| 421. Packaging Corporation of America | A | Dividend | J | T | Buy | 05/09/18 | J | | |
| 422. Packaging Corporation of America | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 423. Pentair Inc | A | Dividend | | | Buy | 05/03/18 | J | | |
| 424. Pentair Inc | A | Dividend | | | Buy | 05/03/18 | J | | |
| 425. Pentair Inc | A | Dividend | | | Buy | 07/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Pentair Inc | | None | | | Sold | 09/19/18 | J | A | |
| 427. Pentair Inc | | None | | | Sold | 09/19/18 | J | A | |
| 428. Pentair Inc | | None | | | Sold | 09/19/18 | J | A | |
| 429. Pentair Inc | | None | | | Sold | 09/20/18 | J | A | |
| 430. Pentair Inc | | None | | | Sold | 09/20/18 | J | A | |
| 431. Pepsico | A | Dividend | | | Sold | 01/09/18 | J | B | |
| 432. Pepsico | | None | | | Sold | 01/09/18 | J | A | |
| 433. Pepsico | | None | | | Sold | 01/09/18 | J | A | |
| 434. Pepsico | A | Dividend | K | T | Buy | 01/09/18 | J | | |
| 435. Philip Morris International | A | Dividend | | | Sold | 01/09/18 | J | A | |
| 436. Philip Morris International | A | Dividend | | | Buy | 07/06/18 | J | | |
| 437. Philip Morris International | A | Dividend | | | Sold | 08/30/18 | J | A | |
| 438. Philip Morris International | A | Dividend | | | Sold | 08/30/18 | J | A | |
| 439. Philip Morris International | | None | | | Sold | 08/30/18 | J | A | |
| 440. Philip Morris International | A | Dividend | | | Sold | 08/31/18 | J | A | |
| 441. Phillips 66 | A | Dividend | J | T | | | | | |
| 442. Precision Drilling Corporation | | None | J | T | Buy | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Principal Financial Group | | None | | | Sold | 02/09/18 | J | B | |
| 444. Principal Financial Group | | None | | | Sold | 02/09/18 | J | A | |
| 445. Procter and Gamble | | None | J | T | Buy | 12/24/18 | J | | |
| 446. Procter and Gamble | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 447. Procter and Gamble | | None | J | T | Buy | 12/31/18 | J | | |
| 448. Progressive Corp | | None | J | T | Buy (add'l) | 11/13/18 | J | | |
| 449. Progressive Corp | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 450. Progressive Corp | | None | J | | Buy (add'l) | 12/12/18 | J | | |
| 451. Progressive Corp | | None | | T | Buy (add'l) | 12/12/18 | J | | |
| 452. Raytheon | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 453. Raytheon | | None | J | T | Buy (add'l) | 10/09/18 | J | | |
| 454. Raytheon | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 455. Resideo Technologies Inc | | None | | | Sold | 10/29/18 | J | A | |
| 456. Resideo Technologies Inc | | None | | | Sold | 10/29/18 | J | A | |
| 457. Resideo Technologies Inc | | None | | | Sold | 10/29/18 | J | A | |
| 458. Resideo Technologies Inc | | None | | | Sold | 10/29/18 | J | A | |
| 459. Resideo Technologies Inc | | None | | | Sold | 10/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 44

**Name of Person Reporting**

Boom, Clair H.

**Date of Report**

04/19/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Resideo Technologies Inc | | None | | | Sold | 12/27/18 | J | A | |
| 461. Resideo Technologies Inc | | None | | | Sold | 12/27/18 | J | A | |
| 462. Resideo Technologies Inc | | None | | | Sold | 12/27/18 | J | A | |
| 463. Resideo Technologies Inc | | None | | | Sold | 12/27/18 | J | A | |
| 464. Resideo Technologies Inc | | None | | | Sold | 12/27/18 | J | A | |
| 465. Roche Holdings Ltd Spon ADR | A | Dividend | J | T | | | | | |
| 466. Safran SA | A | Dividend | J | T | | | | | |
| 467. SAP AG Sponsored ADR | A | Dividend | J | T | | | | | |
| 468. Sberbank | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 469. Schlumberger | | None | J | T | Buy | 12/27/18 | J | | |
| 470. Schlumberger | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 471. Schlumberger | | None | J | T | Buy | 12/31/18 | J | | |
| 472. Schneider Electric SA Unsp | A | Dividend | J | T | Sold (part) | 10/01/18 | J | A | |
| 473. Schwab Govt Money Fund | A | Int./Div. | J | T | | | | | |
| 474. Schwab Govt Money Fund | A | Int./Div. | J | T | | | | | |
| 475. Schwab Govt Money Fund | A | Int./Div. | K | T | | | | | |
| 476. Schwab International Index Fund | C | Dividend | M | T | Buy (add'l) | 02/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Schwab International Index Fund | B | Dividend | L | T | Buy | 02/07/18 | J | | |
| 478. Schwab International Index Fund | | None | | | Buy (add'l) | 04/30/18 | J | | |
| 479. Schwab International Index Fund | B | Dividend | L | T | Buy | 06/20/18 | J | | |
| 480. Schwab International Index Fund | | None | M | T | Buy (add'l) | 07/06/18 | L | | |
| 481. Schwab International Index Fund | | None | M | T | Buy (add'l) | 07/11/18 | K | | |
| 482. Schwab International Index Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 483. Schwab International Index Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 484. Schwab International Index Fund | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 485. Schwab International Index Fund | | None | | | Buy (add'l) | 10/30/18 | J | | |
| 486. Schwab International Index Fund | A | Dividend | J | T | | | | | |
| 487. Schwab S&P 500 Index Fund | D | Dividend | | T | Buy | 02/07/18 | K | | |
| 488. Schwab S&P 500 Index Fund | | None | | T | Buy (add'l) | 03/28/18 | L | | |
| 489. Schwab S&P 500 Index Fund | | None | | T | Buy (add'l) | 04/30/18 | K | | |
| 490. Schwab S&P 500 Index Fund | | None | | T | Buy | 06/20/18 | L | | |
| 491. Schwab S&P 500 Index Fund | | None | | | Sold | 07/06/18 | L | A | |
| 492. Schwab S&P 500 Index Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 493. Schwab S&P 500 Index Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 44

Name of Person Reporting

Boom, Clair H.

Date of Report

04/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. Schwab S&P 500 Index Fund | | None | | | Buy (add'l) | 10/09/18 | K | | |
| 495. Schwab S&P 500 Index Fund | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 496. Schwab S&P 500 Index Fund | | None | | T | Buy (add'l) | 12/21/18 | J | | |
| 497. Schwab S&P 500 Index Fund | | None | | | Buy (add'l) | 12/21/18 | J | | |
| 498. Schwab S&P 500 Index Fund | A | Dividend | K | T | Buy | 12/21/18 | J | | |
| 499. Schwab S&P 500 Index Fund | | None | | | Buy (add'l) | 12/21/18 | J | | |
| 500. Schwab S&P 500 Index Fund | | None | | | Buy (add'l) | 12/21/18 | J | | |
| 501. Schwab S&P 500 Index Fund | | None | | | Buy (add'l) | 12/21/18 | J | | |
| 502. Schwab S&P 500 Index Fund | | None | | T | Buy | 12/21/18 | J | | |
| 503. Schwab S&P 500 Index Fund | | None | | | Buy | 12/21/18 | J | | |
| 504. Schwab S&P 500 Index Fund | | None | | T | Buy (add'l) | 12/21/18 | J | | |
| 505. Schwab S&P 500 Index Fund | | None | | | Buy (add'l) | 12/28/18 | J | | |
| 506. Schwab S&P 500 Index Fund | | None | | | Buy (add'l) | 12/28/18 | J | | |
| 507. Schwab S&P 500 Index Fund | | None | | | Buy (add'l) | 12/28/18 | J | | |
| 508. Schwab S&P 500 Index Fund | B | Dividend | L | T | Buy | 12/28/18 | J | | |
| 509. Schwab Samall Cap Index Select | A | Dividend | J | T | Buy | 06/20/18 | J | | |
| 510. Schwab Samall Cap Index Select | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 44

Name of Person Reporting

Boom, Clair H.

Date of Report

04/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Schwab Samall Cap Index Select | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 512. Schwab Samall Cap Index Select | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 513. Siemens AG ADR | A | Dividend | | | Sold | 03/23/18 | J | A | |
| 514. Siemens AG ADR | | None | | | Sold | 03/23/18 | J | A | |
| 515. Six Flags Entertainment Corp | A | Dividend | K | T | | | | | |
| 516. SMC Corp | A | Dividend | | | Buy | 03/23/18 | J | | |
| 517. SMC Corp | | None | | | Sold | 07/19/18 | J | A | |
| 518. Societe Generale ADR | A | Dividend | | | Sold | 12/27/18 | J | A | |
| 519. Sony Corp | A | Dividend | K | T | | | | | |
| 520. Stryker | A | Dividend | K | T | | | | | |
| 521. Sumitomo Mitsui Financial Group | | None | J | T | | | | | |
| 522. Suncor Energy | A | Dividend | J | T | | | | | |
| 523. Suntrust Banks | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 524. Suntrust Banks | | None | | | Sold (part) | 10/18/18 | J | A | |
| 525. Suntrust Banks | | None | | | Sold (part) | 10/18/18 | J | B | |
| 526. Superior Energy Services Inc | | None | | | Sold | 03/26/18 | J | A | |
| 527. Superior Energy Services Inc | | None | | | Sold | 03/26/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Superior Energy Services Inc | | None | | | Sold | 03/26/18 | J | A | |
| 529. Superior Energy Services Inc | | None | | | Sold | 03/26/18 | J | A | |
| 530. Symantec Corp | A | Dividend | | | Sold | 02/26/18 | J | A | |
| 531. Technology Select Sect SPDR | A | Dividend | K | T | | | | | |
| 532. Texas Instruments | A | Dividend | K | T | Sold (part) | 12/10/18 | K | D | |
| 533. Thermo Fisher Scientific | A | Dividend | K | T | Buy | 07/06/18 | J | | |
| 534. Thermo Fisher Scientific | A | Dividend | K | T | | | | | |
| 535. Thermo Fisher Scientific | A | Dividend | K | T | | | | | |
| 536. Time Warner Companies | | None | | | Buy | 06/11/18 | J | | |
| 537. Time Warner Companies | A | Dividend | | | Sold | 06/15/18 | J | A | |
| 538. Time Warner Companies | | None | | | Sold | 06/15/18 | J | D | |
| 539. Time Warner Companies | | None | | | Sold | 06/15/18 | J | D | |
| 540. TJX Companies | A | Dividend | J | T | Sold (part) | 01/29/18 | J | B | |
| 541. TJX Companies | A | Dividend | | | Buy (add'l) | 09/14/18 | J | | |
| 542. TJX Companies | | None | | | Buy (add'l) | 09/14/18 | J | | |
| 543. TJX Companies | A | Dividend | | | Buy (add'l) | 09/14/18 | J | | |
| 544. TJX Companies | | None | | | Buy (add'l) | 10/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 44

Name of Person Reporting

Boom, Clair H.

Date of Report

04/19/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. TJX Companies | | None | | | Buy (add'l) | 10/11/18 | J | | |
| 546. TJX Companies | | None | | | Buy (add'l) | 10/19/18 | J | | |
| 547. TJX Companies | | None | | | Buy (add'l) | 12/10/18 | J | | |
| 548. TJX Companies | | None | | | Sold (part) | 12/27/18 | J | A | |
| 549. TJX Companies | | None | | | Sold (part) | 12/27/18 | J | A | |
| 550. Toronto Dominion Bank | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 551. Transocean Ltd | | None | | | Buy | 08/03/18 | J | | |
| 552. Transocean Ltd | | None | | | Buy | 08/03/18 | J | | |
| 553. Transocean Ltd | | None | | | Buy | 10/31/18 | J | | |
| 554. Transocean Ltd | | None | | | Sold (part) | 12/03/18 | J | A | |
| 555. Transocean Ltd | | None | | | Sold (part) | 12/21/18 | J | A | |
| 556. Transocean Ltd | | None | | | Sold | 12/21/18 | J | A | |
| 557. Travelers Companies | A | Dividend | K | T | | | | | |
| 558. Tyson Foods Inc CL A | A | Dividend | K | T | | | | | |
| 559. UBS AG | | None | | | Buy | 08/03/18 | J | | |
| 560. UBS AG | | None | | | Sold | 12/27/18 | J | A | |
| 561. Union Pacific | A | Dividend | J | T | Buy | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boom, Clair H. | 04/19/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Union Pacific | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 563. United Parcel Service CL B | A | Dividend | | | Buy | 01/11/18 | J | | |
| 564. United Parcel Service CL B | A | Dividend | | | Sold (part) | 06/04/18 | J | A | |
| 565. United Parcel Service CL B | A | Dividend | | | Buy | 07/06/18 | J | | |
| 566. United Parcel Service CL B | | None | | | Sold (part) | 09/18/18 | J | A | |
| 567. United Parcel Service CL B | | None | | | Sold (part) | 09/18/18 | J | A | |
| 568. United Parcel Service CL B | | None | | | Sold (part) | 09/19/18 | J | A | |
| 569. United Parcel Service CL B | | None | | | Sold (part) | 09/19/18 | J | A | |
| 570. United Parcel Service CL B | | None | | | Sold | 09/19/18 | J | A | |
| 571. United Technologies | A | Dividend | K | T | | | | | |
| 572. UnitedHealth Group | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 573. UnitedHealth Group | A | Dividend | K | T | | | | | |
| 574. UnitedHealth Group | A | Dividend | L | T | | | | | |
| 575. Vanguard FTSE Developed Market ETF | A | Dividend | K | T | | | | | |
| 576. Vanguard FTSE Emerging Market ETF | B | Dividend | K | T | | | | | |
| 577. Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 578. Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Boom, Clair H.

04/19/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 580. Verizon Communications | C | Dividend | L | T | Buy | 03/26/18 | J | | |
| 581. Verizon Communications | | None | | | Buy | 03/26/18 | J | | |
| 582. Verizon Communications | | None | | | Buy (add'l) | 07/06/18 | J | | |
| 583. Verizon Communications | | None | | | Sold (part) | 11/30/18 | J | A | |
| 584. Verizon Communications | | None | | | Sold (part) | 11/30/18 | J | B | |
| 585. Verizon Communications | | None | | | Buy | 03/26/18 | J | | |
| 586. Versus Capital Multi-Manager RE Fund Inst | B | Dividend | K | T | Buy | 04/30/18 | J | | |
| 587. Versus Capital Multi-Manager RE Fund Inst | B | Dividend | K | T | Buy | 06/20/18 | J | | |
| 588. Versus Capital Multi-Manager RE Fund Inst | | None | | | Buy (add'l) | 07/06/18 | K | | |
| 589. Versus Capital Multi-Manager RE Fund Inst | | None | | | Buy (add'l) | 10/19/18 | J | | |
| 590. Versus Capital Real Assets Fund LLC | A | Dividend | K | T | Buy | 07/06/18 | K | | |
| 591. Visa | A | Dividend | K | T | Buy | 02/26/18 | J | | |
| 592. Visa | | None | | | Buy | 05/07/18 | J | | |
| 593. Visa | A | Dividend | K | T | Buy | 07/06/18 | K | | |
| 594. Visa | A | Dividend | L | T | | | | | |
| 595. Wal-Mart DE Mexica S.A.B de C.V. ADR | A | Dividend | J | T | Sold (part) | 08/02/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. Waste Management | A | Dividend | J | T | Sold (part) | 04/18/18 | J | B | |
| 597. Wells Fargo | A | Dividend | J | T | Sold (part) | 02/09/18 | K | A | |
| 598. Wisdom Tree DEFA ETF | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 599. Wisdomtree Japan Hedged | A | Dividend | | | Sold | 02/12/18 | J | B | |
| 600. Xilinx | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 601. Xilinx | A | Dividend | J | T | | | | | |
| 602. Yum China Holdings Inc | A | Dividend | | | Buy | 01/10/18 | J | | |
| 603. Yum China Holdings Inc | | None | | | Buy | 01/17/18 | J | | |
| 604. Yum China Holdings Inc | | None | | | Buy | 07/06/18 | J | | |
| 605. Yum China Holdings Inc | | None | | | Sold | 09/14/18 | J | A | |
| 606. Yum China Holdings Inc | | None | | | Sold | 09/04/18 | J | A | |
| 607. Yum China Holdings Inc | | None | | | Sold | 09/14/18 | J | A | |
| 608. Zoetis | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 609. Zoetis | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 610. Placer Athens LLP 1,2 (3%) | A | Distribution | N | W | | | | | |
| 611. Cali Alii Prop? Maui, HI Condo | A | Rent | M | W | | | | | |
| 612. NPA LLC (25%) | A | Distribution | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  Yolo Partners, LLC (14.25%) | A | Distribution | N | W | | | | | |
| 614.  SP RRTAI.LLC Jeffersonville, II (14.25) | C | Rent | O | W | | | | | |
| 615.  SP CJE, LLC, Cookville, Tenn (12.50%) | D | Rent | L | W | | | | | |
| 616.  SP LSX, LLC San Antonio, TX (5.14%) | D | Rent | L | W | | | | | |
| 617.  SP UPW, LLC (16.43%) Pasco, WA | E | Rent | M | W | | | | | |
| 618.  SP CLD, LLC (12.6%) Collierville, TN | D | Rent | M | W | | | | | |
| 619.  TAFL, LLC (13.34%) Lexington, KY | D | Rent | L | W | | | | | |
| 620.  SP XSO, LLC (8.84%) Sioux Falls, SD | D | Rent | M | W | | | | | |
| 621.  SP SFC, LLC (6.93%) Fond Du Lac, WI | D | Rent | M | W | | | | | |
| 622.  RPG, LLC (4.23% ) (CHP/Grass Valley | D | Rent | L | W | | | | | |
| 623.  DKBB,LLC/Oak Cap 2/Pac West | D | Rent | N | W | | | | | |
| 624.  Green Hat LLC (25%) inv/fund | C | Distribution | L | W | | | | | |
| 625.  Oakland, CA Condo (res/brother) | A | Rent | M | W | | | | | |
| 626.  DKBB Properties, LLC Office | D | Rent | L | W | | | | | |
| 627.  DKBB Properties II, LLC-Capstone 15% | C | Rent | M | W | | | | | |
| 628.  OCP III LLC 2.59% | C | Rent | N | W | | | | | |
| 629.  CHimney Cove, LLC, H.H. S.C 3.3% | A | Rent | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. TAFL Office Bld 13.34% | A | Rent | P1 | W | | | | | |
| 631. SP, SBN.LLC (3.23%) South Bend, IN | D | Rent | L | W | | | | | |
| 632. Boom Cor LLC (50%) Retentionin LLC | A | Rent | K | W | | | | | |
| 633. DKBB SBN, LLC | B | Rent | J | W | | | | | |
| 634. SP MKE, LLC Via Greenhat | B | Rent | K | W | | | | | |
| 635. SP WRN,LLC Pontiac, Mich 2.3% | A | Distribution | M | W | | | | | |
| 636. BoomCor I, LLC/SCH BoomCor, LLC | A | Distribution | N | W | | | | | |
| 637. SR RDU, LLC Raleigh/Durham, NC | A | Distribution | M | W | | | | | |
| 638. Central Valley Bancorp 3.563/sh | A | Distribution | L | T | | | | | |
| 639. Apostles General Partnership | A | Distribution | M | W | | | | | |
| 640. Apostles GP 2 | A | Distribution | L | W | | | | | |
| 641. Aztec Mustang, LLC | A | Distribution | J | W | | | | | |
| 642. Sycamore Farms, LLC (70%) basis $310,604. Cont below | D | Rent | N | W | | | | | |
| 643. Waller Office Bld 15% | A | Distribution | O | W | | | | | |
| 644. American Funds (College Fund) Jan 2016 | A | Distribution | M | T | | | | | |
| 645. Chalk Group LLC/Horseco, Inc May 2017 | A | Distribution | K | W | | | | | |
| 646. Camden Partners 555, LLC Nov 2017 | A | Distribution | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647. Cash Value Life Insurance, Guardian | A | Distribution | N | T | | | | | |
| 648. Cash Value Life Insurance, Lincoln Financial | A | Distribution | J | T | | | | | |
| 649. Brett Const. 15% | A | Distribution | M | W | | | | | |
| 650. Pauly Concrete, LLC 12.5% | A | Distribution | J | W | | | | | |
| 651. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clair H. Boom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544